

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00415-CV

Richard A. **GARCIA**,
Appellant

v.

Elizabeth J. **RANFT-GARCIA**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI12755
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

On October 17, 2022, counsel for appellant Richard A. Garcia filed an amended motion to withdraw and substitute counsel, asking that Renée Yanta be permitted to withdraw from representing him, and that Lorien Whyte be substituted as his counsel. The motion satisfies the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(b), (d). Accordingly, we **GRANT** the motion and ORDER Renée Yanta withdrawn and Lorien Whyte substituted as counsel for Richard A. Garcia.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court